**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1515**

_____

WILLIAM R. WHITE,

Plaintiff - Appellant,

versus

DAYCO,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken.  Cameron McGowan Currie, District Judge. (CA-01-3480-1-22)

_____

Submitted:  July 18, 2002                   Decided:  July 23, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William R. White, Appellant Pro Se.  Catharine Garbee Griffin, BAKER, RAVENEL & BENDER, L.L.P., Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William R. White appeals the district court's order granting summary judgment to Dayco on the ground that White's personal injury action is barred by the applicable statute of limitations. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See White v. Dayco, No. CA-01-3480-1-22 (D.S.C. Apr. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2